IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James McGuire Jr. #189WB45 A 934
Full name and prison number
of plaintiff(s)

v.

Commissioner Robert Riles
Governor Bob Riley

_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:08cv189-MEF
(To be supplied by the clerk
of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES(✓)  NO( )

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) James McGuire, Jr.

            Defendant(s) Captain Bishop and Warden Grant Culliver

        2.  Court (if federal court, name the district; if
            state court, name the county) Escambia

4

3. Docket number _One not Assigned_

4. Name of judge to whom case was assigned _Bradly B. Byrne_

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _The court Refused to enforce the U.S. Const. on the grounds plaintiff was asking the court to micro-manage the conditions of his_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _March 10th, 2008_

II. PLACE OF PRESENT CONFINEMENT _Holman Prison_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Holman Prison_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                               ADDRESS

1. _Commissioner Robert Alles - P.O. Box 301,501, Montgomery, AL. 36130-1508_
2. _Governor Bob Riley - Governor's Mansion - Montgomery, AL. 36104_
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _The disciple guy is committing it every day 24 hours a day, in the segregation unit._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached page 8, 9, +10_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attached pages 8, 9 + 10

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Attached page 6._

_/s/ Signature_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___3/17/08___.
(Date)

_/s/ Signature_
Signature of plaintiff(s)

7

## Count I

James McGarico, Jr. [McGarico] Eighth and Fourteenth Amendment Rights provided by the United States Constitution as the defendant's Commissioner Robert Allen and Governer Bob Riley the custodians of the State of Alabama Prison System. Are aware of the new terrorist's they have housed in the Alabama Dept. of Corrections [ADOC], Gang Member's. The defendant's are aware the new terrorists are killing, raping, assaulting, drug trafficking, extortion and preying on elder inmates. The defendant's have failed to address this problem and have not implemented new training for officer's, builded a new prison to house these warp mentalities of social pariah or implemented regulations and policies about what their subordinates should do at the prison units. When the gang members utilize new methods to assault other inmates housed in segregation.

In the year 2004 McGarico was transfered to the segregation unit of Holman Unit. Upon McGarico's arrival there a homosexual inmate named Costella was transfered there to appear in court on a charge of murdering another inmate. When this murder occured McGarico wrote a newspaper article about this senseless killing and the homosexual environment of Holman Prison. The gang members who are deeply involved in homosexual activity took offense with McGarico about writing the newspaper article about the homosexual Costella and declared him violated. McGarico was transfered to W.E. Donaldson Unit, where the violation by the gang member continued from Holman Unit with gang member's transfered there. McGarico was then transfered to St. Clair Unit where gang member's from Holman Unit continued the violation until McGarico was released to the general prison population.

-8-

On the 18th day of January, 2008 McGurico was transferred back to Holman Unit segregation unit. Placed in cell K-3, a former gang member a young man McGurico didn't know by the name of Kenneth Williams was assigned in the cell next door to him K-4. Got wind of what the gang members were about to do to McGurico and out of the blue told McGurico to turn to the christian daily bread booklets given to them by the chaplin and to read January 21, 2008. It dealt with strenght and courage that Dr. Martin Luther King sought from God when he was afraid. The former gang member 25 years of age Kenneth Williams was trying to prepare McGurico for the nefarious conduct the gang members were going to assualt him with.

The gang members started working in three shifts mentally assualting McGurico, a strategy they call killing behind the doors. This psychological gang strategy wherein the gang members call McGurico homosexual caricatures all day and night to deprive him of sleep, social discord, causing him to suffer elevation of his high blood pressure, pain due to stress causing his ulcers to hurt and paranoia. McGurico has been subject to this psychological torture for 60 days day and night 24 hours a day and is physically and mentally deteriorating.

McGurico has made numerous request for protection from the supervisor's at Holman Unit and they have denied and refuse to protect. Based upon this failure McGurico on the 19th day of February, 2008 filed a complaint with defendants Robert Allen and Governor Bob Riley. As of the date of filing this complaint the defendants haven't taken any actions to protect McGurico from the psychological assualt the gang members are torturing him daily with.

-4-

## RELIEF

That McGinnis be removed immediately from this hostile environment and the former gang member Kenneth Williams, who has risked his life to testify from Holman's Prison Segregation Unit. That the defendant's be ordered to implement new training to all employee's on how to identify gang activity and the violent methods employed by gang members use to mentally and physically harm individuals. That regulations and policies be established on how to deal with the reporting of gang assaults mental and physical to protect older prisoner's and that the State of Alabama admit the seriousness of it's 18 year old gang problem. That funds be allocated to build a prison to house dangerous gang members as other states have determine and learned this is the only appropriate method to deal with the new terrorist's housed in the ADOC, gang members.

Jim McGinnis - #112395
Holman Unit 3700 -K-3
Atmore, AL. 36503

-10-

To: Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

Mr. James McBride Jr.
# 117345 - K-3
Hoteman Unit 3700
Atmore, Al. 36503

