IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

James McConico, Jr.,
  Plaintiff

vs.                                          CASE NO: 2:08CV189-MEF

Commissioner Robert Allen
Governor Bob Riley
  Defendants

MEMORANDUM OF LAW, WHETHER McCONICO'S CLAIM MEETS THE REQUIREMENT OF A SERIOUS PHYSICAL INJURY OF THE PRISON LITIGATION REFORM ACT

## QUESTION PRESENTED

WHETHER McCONICO'S CLAIM THAT GANG MEMBERS ARE DAILY PSYCHOLOGICALLY TORTURING HIM, INFLICTING PHYSICAL AND MENTAL INJURIES TO HIM, MEET THE REQUIREMENT OF SERIOUS PHYSICAL INJURY OF THE PRISON LITIGATION REFORM ACT

-1-

## BRIEF ANSWER

A Federal Circuit Court of Appeals in <u>Doe v. Welborn</u>, 110 F. 3d 520 (9th Cir. 1997) found gang members inflicting psychological injury, is not precluded suit by prisoner's under the Eighth Amendment.

## STATEMENT OF FACTS

On the 18th day of January, 2008 McGrico was transferred back to Holman Correctional Facility. Place in cell K-3, A former gang member A young man McGrico didn't know by the name of Kenneth Williams was assigned in the cell next door to him K-4. Got wind of what the gang members were about to do to McGrico and out of the blue told McGrico to turn to the christian daily bread booklets given to them by the chaplin and to read January 21, 2008. It dealt with strenght and courage that Dr. Martin Luther King sought from God when he was afraid. The former gang member 25 years of age Kenneth William was trying to prepare McGrico for the nefarious conduct the gang members were going to assault him with.

The gang members started working in three shifts psychologically assaulting McGrico, A strategy they call killing behind the doors. This psychological gang strategy wherein the gang members call McGrico homosexual caricatures all day and night to deprive him of sleep, social discord, causing him to suffer elevation of his high blood pressure, dizziness, vision impairment and headaches; stress causing his ulcers to hurt and paranoia. McGrico has been subject to this psychological

-2-

torture for 60 days and night 24 hours a day and is physically and mentally deteriorating with injuries further.

## DISCUSSION

McGrio invokes the exception to the Prison Litigation Reform Act because he is labeled with the three strike provision of the Act. Prior to the enactment of the Prison Litigation Reform Act [PLRA]. The Exception is serious physical injury.

The defendants once put on notice of the psychological assault by the gang members. The psychological assault then became preventable psychological assault itself and McGrio's physical injuries became preventable, Rather than any fear of assault, that they gave rise to a compensable claim under the Eighth Amendment. [McGrio's present injuries are elevation of his high blood pressure, causing dizziness, vision impairment and headaches, sleep deprivation, ulcer hurting because of stress and lack of sleep and paranoia.] See: Farmer v. Brennan, 511 U.S. 825, 825, 114 S. Ct. 1970, 1974 128 L. Ed 2d 811 (1994)

McGrio's claim of psychological assault in fact is inflicting serious physical injuries upon him. That if continued another sixty days (60) days will become fatal. In the form of a stroke, bleeding of his ulcer's that could put him into shock as has occurred before, lack of sleep causing death and paranoia leads to permanent mental phobia's.

- 3 -

All of these facts mention herein thus far satisfys proof of actual injury and the threat of death is allowed to continue.

But this type of claim, psychological injury even if McGinco wasn't suffering serious physical injuries daily. He would be entitled to injunctive relief to prevent a substantial risk of serious injury from ripening to actual harm. See: <u>Doe v. Welborn</u>, 110 F.3d 520, 524 at footnote 3 (7th Cir. 1997).

Based upon the facts of this claim McGinco has shown sufficient serious physical injury. Based upon his claim that the defendant's have breached their duty owed to him and he is suffering cognizable legal harm that is a serious physical injury as prescribed by the PLRA.

### Conclusion

This 1983 civil complaint is adjudicatable by this United States District Court. As McGinco has shown he has suffered serious physical injuries and is suffering them everyday housed in the segregation unit by the defendants at Holman Unit, under the psychological torture of the new terrorist of the ADOC, gang members.

Respectfully submitted,

Jim McCoy

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2008, I have served a copy of this "MEMORANDUM OF LAW", upon the following parties via, United States Mail postage prepaid:

Comm. Robert Allen
Ala. Dept. of Corrections
P.O. Box 301501
Montgomery, AL. 36130-1508

Governor Bob Riley
Governor's Mansion
Montgomery, AL. 36104

Jimmy McComb
#117395- K-3
Holman Unit 3700
Atmore, AL. 36503