IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., #117395, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-189-MEF |
| | ) |
| ROBERT ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed on March 19, 2008, the plaintiff seeks a hearing on his request for injunctive relief within ten days of his filing the instant complaint (Court Doc. No. 2 at 6). The court therefore construes this document to contain a motion for immediate hearing. Upon consideration of the motion for immediate hearing, and under the circumstances of this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of March, 2008.

 /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE