IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MCCONICO, JR., # 117395, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>COMMISSIONER ROBERT ALLEN, et al., )<br>)<br>DEFENDANTS. ) | CASE NO. 2:08-cv-189-MEF<br>(WO) |

# **ORDER**

This cause is before the Court on the Plaintiff's Motion for an Emergency Temporary Restraining Order and Permanent Issuance of a Preliminary Injunction (Doc. # 2). Upon consideration of the Plaintiff's submissions, the motion for emergency temporary restraining order is hereby ORDERED DENIED. It is further ORDERED that this case is hereby referred back to the assigned Magistrate Judge for action or recommendation on all pretrial matters.

DONE this 25th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE