IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., #117395, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:08-cv-0189-MEF |
| ) | (WO - Do Not Publish) |
| ROBERT ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #8 ) to the Recommendation of the Magistrate Judge filed on March 27, 2008 is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #6) entered on March 19, 2008 is ADOPTED;

3. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 28th day of March, 2008.

                                                           /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE